No. 398, Misc. PADILLA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 399, Misc. ATKINS *v.* MORGAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 404, Misc. GLASER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 405, Misc. STALCUP *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 406, Misc. COPELAND *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 407, Misc. MCKENZIE *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 408, Misc. FERNANDERS *v.* WALLACK, WARDEN. C. A. 2d Cir. Certiorari denied. *Donald I. Strauber* for petitioner.

No. 410, Misc. ANDERSON *v.* TAHASH, WARDEN. Sup. Ct. Minn. Certiorari denied.